■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK HAMILTON, Appellant. [862 NYS2d 911]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 22, 2000 (*People v Hamilton,* 272 AD2d 553 [2000]), affirming a judgment of the Supreme Court, Kings County, rendered July 12, 1993, and an order of the same court dated April 2, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Fisher, J.P., Santucci, Dillon and Balkin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD HANCOCK, Appellant. [862 NYS2d 911]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered September 27, 2005, convicting him of assault in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he was denied his constitutional right to a speedy trial is without merit (*see People v Cousart,* 58 NY2d 62, 66 [1982]; *People v Taranovich,* 37 NY2d 442, 445 [1975]). Accordingly, the County Court correctly denied that branch of the defendant's omnibus motion which was to dismiss the indictment based on a purported constitutional speedy trial violation. Mastro, J.P., Florio, Dickerson and Belen, JJ., concur.